Slip Op. 23-77

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND BORUSAN MANNESMANN PIPE U.S. INC.,** | |
| Plaintiffs, | Before: Jane A. Restani, Judge |
| v. | Court No. 22-00057 |
| **UNITED STATES,** | |
| Defendant, | |
| **WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC.,** | |
| Defendant-Intervenors. | |

## <u>JUDGMENT</u>

The complaint filed in this matter challenging the final determination of the United States Department of Commerce regarding <u>Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020</u>, 87 Fed. Reg. 8,785 (Dep't Commerce Feb. 16, 2022) ("<u>Final Determination</u>") raises an issue that has been resolved in favor of the Department in <u>Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States</u>, 63 F.4th 25 (Fed. Cir. 2023). The parties have advised that, there being no other issues to adjudicate, judgment should be entered in agreement with that decision. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the <u>Final Determination</u> by Commerce is **SUSTAINED**.

   /s/ Jane A. Restani  
Jane A. Restani, Judge

Dated: <u>May 17, 2023</u>  
        New York, New York